TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com
*Attorney for Pennsylvania Higher Education Assistance Agency*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant Pennsylvania Higher Education Assistance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY L. KELLY<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>Defendants. | Case No. 2:19-cv-01004-JCM-VCF<br><br>**NOTICE OF WITHDRAWAL PURSUANT TO LR IA 11-6** |

NOTICE OF WITHDRAWAL PURSUANT TO LR IA 11-6

1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Anna Jane I. Zarndt is withdrawing as counsel of record for Defendant Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing ("PHEAA"), in the above-captioned matter and should no longer receive electronic notification of e-filings. PHEAA will continue to be represented by Kevin F. Kieffer of Troutman Sanders LLP, with Gary E. Schnitzer serving as local counsel for personal service purposes pursuant to LR IA 11-1(b)(2) and this notice does not affect that representation.

DATED this 24th day of March 2020.

          */s/ Anna Jane I. Zarndt*
          Anna Jane I. Zarndt
          Nevada Bar Number 10809
          TROUTMAN SANDERS LLP
          annajane.zarndt@troutman.com
          222 Central Park Avenue, Ste. 2000
          Virginia Beach, VA 23462
          Telephone: (757) 687-7753
          Facsimile: (757) 687-7510

          Kevin F. Kieffer
          Nevada Bar Number 7045
          TROUTMAN SANDERS LLP
          5 Park Plaza, Suite 1400
          Irvine, CA 92614
          Telephone: (949) 622-2708
          Facsimile: (949) 769-2056
          Email: Kevin.Kieffer@troutman.com

*Counsel for Pennsylvania Higher Education Assistance Agency*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant Pennsylvania Higher Education Assistance Agency*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-25-2020

# **CERTIFICATE OF CM/ECF SERVICE**

I hereby certify that on this 24th day of March, 2020, I electronically filed the foregoing **NOTICE OF WITHDRAWAL PURSUANT TO LR IA 11-6** via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt

NOTICE OF WITHDRAWAL PURSUANT TO LR IA 11-6 - 4 -

41888557